IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC DAJUAN TURNER                                                                                                PLAINTIFF

v.                                                    Case No. 6:25-cv-6026

OFFICER HALE                                                                                                       DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R) issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to obey the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge